FILED

2026 Mar-19  AM 09:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

CLC/BAJ March 2026
BHM GJ # 12

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **HOMERO RAMOS** | ) |

## <u>INDICTMENT</u>

The Grand Jury charges that:

## <u>INTRODUCTION</u>

At all times material to this Indictment:

1.      Defendant **HOMERO RAMOS** was a Mexican national who resided in Marion County, Alabama, within the Northern District of Alabama.

2.      Although he was a lawful permanent resident of the United States, **RAMOS** never obtained United States citizenship, a fact of which he had full knowledge.

3.      Nevertheless, **RAMOS** registered to vote in the State of Alabama, even though he knew that only United States citizens are allowed to register to vote in the State of Alabama.

4.      Thereafter, **RAMOS** voted in the State of Alabama's 2022 general election on November 8, 2022 and 2024 general election on November 5, 2024, even

though he knew that only United States citizens are allowed to vote in the State of Alabama.

## COUNTS ONE AND TWO
### *Fraudulent Voting*
### [52 U.S.C. § 20511(2)(B)]

5.    Paragraphs 1 through 4 of this Indictment are realleged and incorporated as though fully set forth herein.

6.    On or about the dates listed below for each count, in Marion County, in the Northern District of Alabama, the Defendant,

### HOMERO RAMOS,

knowingly and willfully deprived the residents of the State of Alabama of a fair and impartially conducted election process by procuring and casting ballots that the Defendant knew to be materially false, fictitious, and fraudulent under the laws of the State of Alabama.

| Count | Date | Fraudulent Voting |
| --- | --- | --- |
| 1 | November 8, 2022 | Defendant voted in the State of Alabama's 2022 general election, during which at least one federal office was on the ballot, despite knowing that he was not entitled to do so under Alabama law as a non-citizen of the United States. |
| 2 | November 5, 2024 | Defendant voted in the State of Alabama's 2024 |

| | | general election, during which at least one federal office was on the ballot, despite knowing that he was not entitled to do so under Alabama law as a non-citizen of the United States. |
| --- | --- | --- |

All in violation of Title 52, United States Code, Section 20511(2)(B).


A TRUE BILL


*/s/electronic signature*
FOREPERSON OF THE GRAND JURY


CATHERINE L. CROSBY
Acting United States Attorney

*/s/electronic signature*
BRETT A. JANICH
Assistant United States Attorney